**William B. STRATTON et al., Appellants, v. Merritt LANE et al., Appellees.**

**In the Matter of The KELLY–SPRINGFIELD TIRE COMPANY, Debtor.**

**No. 4030.**

Circuit Court of Appeals, Fourth Circuit.
April 6, 1936.

Walter T. Stern and John R. Lazenby, both of New York City, for appellants.

Stuart S. Janney, Jr., of Baltimore, Md., for appellees.

PER CURIAM.

Appeal denied.

---

**William B. STRATTON, George Peabody, and William P. Dunn, Jr., Constituting the "Committee for The Kelly-Springfield Tire Company Ten-Year Six Per Cent Subordinate Notes due April 1, 1942," and Walter T. Stern and Arthur A. McGivney, Individually and as Copartners under the Firm Name and Style of Stern & McGivney, Counsel for the said Committee, Appellants, v. Honorable William C. WALSH et al., Appellees.**

**No. 3999.**

Circuit Court of Appeals, Fourth Circuit.
Jan. 15, 1936.

J. Kemp Bartlett, Jr., of Baltimore, Md., and Walter T. Stern, of New York City, for appellants.

Venable, Baetjer & Howard and Stuart S. Janney, Jr., all of Baltimore, Md., for appellees.

PER CURIAM.

Appeal denied, with costs.

---

**In re Jack TURK, Bankrupt.**

**Jack TURK, Appellant, v. James G. MOORE, Appellee.***

**No. 340.**

Circuit Court of Appeals, Second Circuit.
April 6, 1936.

Max Machamie, of New York City, for appellant.

Louis P. Rosenberg, of Brooklyn, N. Y., for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

---

**Nora C. TODD, Conway L. Todd, and A. Richard Todd, etc., Appellants, v. COMMISSIONER OF INTERNAL REVENUE, Appellee.**

**No. 267.**

Circuit Court of Appeals, Second Circuit.
April 6, 1936.

Clarence P. Moser, of Rochester, N. Y., for appellants.

Morton K. Rothschild and Sewall Key, both of Washington, D. C., for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed on the ground that the settlor could have directed the income to be used to pay premiums upon insurance on his life for the benefit of the beneficiaries named in the trust.

---

*No opinion in District Court.